

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 99 CR 723 |
| | ) | Judge Joan B. Gottschall |
| ALEX MCLECZYNSKY, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**
FEB 2 4 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## DEFENDANT'S MOTION FOR EARLY TERMINATION
## OF MANDATORY SUPERVISED RELEASE

Defendant, **ALEX MCLECZYNSKY**, by one of his attorneys, **THOMAS ANTHONY DURKIN**, pursuant to 18 U.S.C. § 3583(e)(1) and Rule 32.1 of the Federal Rules of Criminal Procedure, respectfully requests that this Court enter its order granting an early termination of Defendant's Mandatory Supervised Release.

In support of his motion, Defendant, through counsel, shows to the Court the following:

1.   On December 14, 1999, Defendant was charged in a four count indictment with Racketeering, Conspiracy to Commit under Color of Official Right, and Extortion under Color of Official Right, in violation of 18 U.S.C. § 1962(d) and 18 U.S.C. § 1951 and 1952, respectively.

2.   On June 6, 2000, a jury found Defendant guilty of Counts I, II, and III of the Superceding Indictment: Racketeering; Conspiracy to Commit under Color of Official Right; and Extortion under Color of Official Right, respectively, and was acquitted of Count IV of the Superceding Indictment, Extortion under Color of Official Right.

3.   On July 20, 2001, Defendant was sentenced to the custody of the United States Bureau of Prisons to be imprisoned for a term of thirty (30) months. The Court also imposed a

two (2) year term of Mandatory Supervised Release to begin upon his release from prison, with usual conditions, including a requirement to complete two hundred (200) hours of community service at the direction of his probation officer.

5. On August 28, 2001, Defendant surrendered to the United States Bureau of Prisons and began serving his prison term.

6. On October 31, 2003, Defendant was released from the custody of the United States Bureau of Prisons and began serving his two (2) year term of mandatory supervised release scheduled to terminate on November 1, 2005.

7. Since his release from prison, Defendant has consistently and conscientiously abided by the terms of his release, with the exception of the completion of the required two hundred (200) hours of community service. Defendant's failure to attend to the community service is not willful or intentional, but instead based upon his medical condition.

8. Defendant suffers from a severe and recurring case of Major Depressive Disorder and has been under the care of a psychiatrist, S.J. Puszkarski, M.D., since January 14, 2004. This condition has rendered Defendant unable to work, and it is the psychiatrist's opinion that any stress or physical exertion may exacerbate Defendant's condition. A copy of Dr. Puszkarski's letter explaining the same, marked Exhibit A, is attached hereto and made a part hereof.
In that Defendant is unable to work or incur any such stress, he is physically incapable of performing the community service.

9. Because Defendant has continuously made every capable attempt to abide by the terms of his supervised release, and since it is apparent that his medical condition will not sufficiently improve by the end of his term of supervised release in November of this year, counsel requests that this Court excuse Defendant's failure to complete the community service

and enter its order granting an early termination of Defendant's Mandatory Supervised Release.

10. The attorney for the government and the probation officer have both been apprised of the basis of this motion. AUSA Patrick Collins has told undersigned counsel that he can represent to the Court that the government will accept the recommendation of the United States Probation Office with respect to the granting of this relief.

Respectfully submitted,

_____
**THOMAS ANTHONY DURKIN**, One of
the attorneys for Defendant.

**DURKIN & ROBERTS**
53 West Jackson Boulevard, Suite 615
Chicago, Illinois 60604
(312) 913-9300



# S. J. Puszkarski, M.D.

November 11, 2004

From: S. J. Puszkarski, M.D.

Re: Alex McLeczynski
B.D. 01-17-1956
SS#

To Whom It May Concern:

Mr. Alex McLeczynski has been under my psychiatric care from January 14, 2004. His diagnosis is 296.33 Major Depressive Disorder, Recurrent, Severe. I have been seeing him monthly for medication management and supportive psychotherapy. His present medications include:

Zoloft 50 mg QHS
Lexapro 10 mg QHS
Zyprexa 2.5 mg QHS

Presently his symptoms are under partial control. However, any stress or physical exertion may bring back his depression, despite current treatment. He is unable to work. I am aware that he is on probation and may need to do community service. In my professional medical opinion, this may cause an exacerbation of his illness.

Sincerely,

S. J. Puszkarski, M.D.
Psychiatrist



5420 N. Milwaukee Avenue • Chicago, Illinois 60630 • Ph. 773-594-9944 • Fax 773-594-9980